UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERON J. MAXTON,<br>　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL No. 1:15-CV-01623 |
| DR. SAGE, *et al.*,<br>　　Defendants | :<br>:<br>: |

*O R D E R*

AND NOW, this 28th day of December, 2015, upon consideration of the report and recommendation of Magistrate Judge Mehalchick (Doc. 8), filed on December 3, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. Magistrate Judge Mehalchick's report and recommendation is ADOPTED.

2. Plaintiff's complaint is DISMISSED without prejudice.

3. The clerk shall close this file.

　　　　　　　　　　　　　　　　　　/s/William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge